AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RANDOLPH RAGLAND,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

    **CASE NO. C2-08-716**
**WANZA JACKSON,**     **JUDGE EDMUND A. SARGUS, JR.**
    **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Respondent.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed January 27, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 27, 2010     JAMES BONINI, CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk